UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :        [PROPOSED] ORDER
        - v. -                          :
                                        :        20 CR 473 (VM)
MAMADOU DIALLO,                         :
                                        :
        Defendant.                      :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 26, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER ORDERED that a sentencing of the above-named defendant be set for Friday, January 20, 2023 at 11:00 AM.

SO ORDERED:

Dated:   New York, New York
         September 28, 2022

_____
Victor Marrero
U.S.D.J.