**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023
```

UNITED STATES OF AMERICA,

        - against -

MAMADOU DIALLO, ET AL.,

        Defendants.

**20 CR 0473 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Sentencing scheduled in this action for Friday, January 20, 2023 at 11:00 AM is hereby rescheduled to Friday, February 17, 2023 at 1:00 PM.

**SO ORDERED.**

Dated:    18 January 2023
            New York, New York

                                    Victor Marrero
                                    U.S.D.J.