USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

MAMADOU DIALLO,

                Defendant.

---

**20 CR 0473 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The sentencing scheduled in this action for February 17, 2023 at 1:00 PM is hereby adjourned sine die.

**SO ORDERED.**

Dated:    15 February 2023
            New York, New York

                                              Victor Marrero
                                              U.S.D.J.