```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

           - against -

MAMADOU DIALLO,

                    Defendant.

**20-cr-0473-5 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

      The Court hereby reschedules the sentencing of defendant Mamadou Diallo from Friday, July 21, 2023 at 10:00 AM to Friday, November 3, 2023 at 11:00 AM.

**SO ORDERED.**

Dated:     18 July 2023
             New York, New York

                                               Victor Marrero
                                               U.S.D.J.