```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

  - against -

MAMADOU DIALLO,

  Defendant.

20 CR 0473 (VM)

**ORDER**

---

**VICTOR MARRERO**, United States District Judge.

Sentencing in the above-captioned matter is scheduled for this Friday, November 3, 2023. The Court requests that the parties be prepared to indicate their position on whether the amendments to the United States Sentencing Guidelines ("U.S.S.G."), adopted effective November 1, 2023, should apply to Defendant Mamadou Diallo. In particular, the parties should be prepared to discuss application of the newly adopted U.S.S.G. § 4C1.1 adjustment in this case.

**SO ORDERED.**

Dated:   1 November, 2023
         New York, New York

                                    _____
                                         Victor Marrero
                                           U.S.D.J.